**Order entered September 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00783-CV

### ROBERT B. SPURGEON, SR., Appellant

### V.

### EMPIRE PETROLEUM PARTNERS, LLC, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-07687**

## ORDER

Before the Court is appellee's August 31, 2018 unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than September 10, 2018.

/s/    DAVID EVANS
       JUSTICE